UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NOVA AFFILIATED, S.A., ET AL**                               **CIVIL ACTION**

**VERSUS**                                                                **No. 10-1313**

**BP, PLC, ET AL**                                                    **SECTION I**

### ORDER

The defendants, BP Products North America and BP America, Inc., have filed a motion for an extension of time to file responsive pleadings in the above captioned case.

**IT IS ORDERED** that the motion[1] for an extension of time is **GRANTED** and defendants may file responsive pleadings **no later than Wednesday, June 16, 2010.**

New Orleans, Louisiana, May 12, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 9.