UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NOVA AFFILIATED, S.A. a British Virgin Islands Corporation, and all similarly situated** | * * * | |
| **Plaintiffs,** | * * | |
| | * | CIVIL ACTION |
| versus | * | |
| | * | NO. 10-cv-01313 |
| **BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION** | * * * * * * * * * | SECTION "R" JUDGE VANCE MAGISTRATE NO. 2 MAG. JUDGE WILKINSON |
| **Defendants.** | * | |
| ****************************************** | * | |

### HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant Halliburton Energy Services, Inc. ("HESI"), respectfully moves the Court to stay further proceedings in the above-captioned lawsuit until after the Judicial Panel on Multi-District Litigation (the "MDL Panel") rules on *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico*, on April 20, 2010, MDL-2179 (the "MDL Motion"), an action to

centralize more than 80 actions (the "Actions") currently pending, including the instant lawsuit, as well as anticipated actions, for coordination of all pretrial proceedings. In filing this motion, HESI reserves all defenses, including its rights to object to jurisdiction, service of process, and any other issues in this matter, and all other defenses available pursuant to Federal Rule of Civil Procedure 12(b), including lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, and failure to join necessary parties. Nevertheless, without waiving any rights, HESI files this motion in the interests of judicial efficiency and economy.

A stay is appropriate here because it will prevent needless waste of the parties' and the Court's time and resources. Moreover, it will protect the HESI from being required to litigate identical issues in multiple jurisdictions, with the danger of inconsistent rulings. If the related actions are not consolidated, Plaintiffs will not have suffered any prejudice as a result of the stay requested here because the MDL Panel is expected to take up the transfer and consolidation motion in less than three months.

WHEREFORE, for the reasons more fully set forth in the attached memorandum, HESI respectfully moves for an order staying proceedings in this action until the MDL Panel decides the pending motion to transfer and consolidate causes pursuant to 28 U.S.C. § 1407.

Dated May 14, 2010

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A. *pending pro hac vice admission*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

and

/s/ Katharine R. Colletta
Katharine R. Colletta, #27552
Daniel A. Tadros, #21906
Derek A. Walker, #13175
Alan R. Davis, #31694
Adelaida J. Ferchmin, #29859
**CHAFFE McCALL L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 14th day of May, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                            /s/ Katharine R. Colletta
                                            Katharine R. Colletta