UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOVA AFFILIATED, S.A().                                        CIVIL ACTION

VERSUS                                                         NO. 10-1313

BP, plc, ET AL.                                                SECTION  "R"

## ORDER GRANTING ORAL ARGUMENT

The Court is in receipt of request by BP defendants for oral argument (R. Doc. 70) on their motion to dismiss plaintiffs' complaint.

Accordingly,

IT IS ORDERED that the request is hereby GRANTED.  Oral argument will be held on WEDNESDAY, SEPTEMBER 1, 2010, at 10:00 a.m.

New Orleans, Louisiana, this 14th day of June, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE